122 A.3d 989

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v.
TAWIAN BACOME, DEFENDANT–RESPONDENT.

October 9, 2015.

It is ORDERED that the petition for certification is granted on all issues raised by the State in its petition for certification with the exception of the issue of whether defendant had a reasonable expectation of privacy in the removal of the passenger from the vehicle.